IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DEBRA S. SPIERS,<br><br>Plaintiff,<br><br>v.<br><br>TROY E. MEINK,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 1:26-cv-00121-JNP-DBP<br><br>Chief District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Plaintiff Debra Spier sued Defendant Troy Meink, alleging that Defendant discriminated against her on the basis of a disability. Dkt. No. 1, p. 4. Plaintiff also moved to proceed in forma pauperis and was temporarily granted leave to do so. Dkt. Nos. 2, 7. Magistrate Judge Pead issued a Memorandum Decision & Order screening the complaint under 28 U.S.C. § 1915 and finding that the complaint was subject to dismissal in its entirety. Dkt. No. 8. Magistrate Judge Pead ordered Plaintiff to amend her complaint by August 19, 2026, or face dismissal of the action. *Id.* at 6. Plaintiff has not amended her complaint. Magistrate Judge Pead therefore issued a Report and Recommendation recommending that the complaint be dismissed without prejudice and that Plaintiff's motion to proceed in forma pauperis be denied. Dkt. No. 11, p. 3. Magistrate Judge Pead informed Plaintiff that a failure to file a timely objection to the Report and Recommendation could waive any objections to it. *Id.* Plaintiff has not filed any objection to the Report and Recommendation.

Because Plaintiff did not object to the Report and Recommendation, she waived any argument that it was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060

(10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation (Dkt. No. 11) is ADOPTED IN FULL.
2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED WITHOUT PREJUDICE.
3. Plaintiff's motion to proceed in forma pauperis (Dkt. No. 2) is DENIED.

DATED October 28, 2026.

BY THE COURT

Jill N. Parrish
Chief United States District Judge
District of Utah